IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN E. WATKINS,

    Plaintiff,

v.                                    CASE NO. 4:12cv215-RH/CAS

CAPLAIN S. FOX et al.,

    Defendants.

_____/

## ORDER DENYING LEAVE TO AMEND
## AND DENYING INJUNCTIVE RELIEF

This case is before the court on the magistrate judge's report and recommendation, ECF No. 46. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The motion for leave to amend, ECF No. 41, and the motion for injunctive relief, ECF No. 42, are DENIED. The case is remanded to the

magistrate judge for further proceedings.

SO ORDERED on October 11, 2013.

            s/Robert L. Hinkle
            United States District Judge